UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD F. WHITE, | ) | 1:03-cv-5650 OWW WMW P |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO |
| | ) | VACATE JUDGMENT |
| v. | ) | |
| | ) | |
| GAIL LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is before the Court on a March 8, 2005, motion of Plaintiff to Vacate the Judgment entered February 28, 2005, on the ground that the February 28th order of dismissal erroneously indicated the Plaintiff had not filed any objections to the Magistrate Judge's Findings and Recommendations.  Plaintiff's objections were due by February 22, 2005.  As the exhibit attached by Plaintiff to his motion to vacate or amend judgment clearly notes, he did not file his objections until March 8, 2005.

Nonetheless, the objections have been fully considered and in no way change the result based on any change in the law, erroneous decision of law, or other ground for reconsideration.

Plaintiff who is of mixed race, alleges that he has a right

1

to be classified according to his race and because his race is based on an African-American father and Italian mother, Plaintiff alleged he was required to choose "black" at reception at the prison where he is housed.

Plaintiff claims that he is entitled to be classified as to his race or ethnicity as "other" rather than "black" or "white" and that this affects his safety.

A prisoner has no constitutional right to seek a specific security classification or to particular prison programs nor does a prisoner have a right to other classification. *Hernandez v. Johnston*, 833 F.2d 1316, 1318-19 (9th Cir. 1987). Plaintiff has not alleged that he has been housed in a particular unit where his safety is jeopardized and that this assignment was made with the intent or conscious disregard of a risk to his safety.

The motion for reconsideration and/or to vacate or amend judgment is DENIED.

IT IS SO ORDERED.

Dated:   March 15, 2006             /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE